IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TROY H. BRADFORD and <br> GLORIA BRADFORD, Individually <br> and as Class Representatives on Behalf <br> Of All Similarly Situated Persons; <br> and BOOKS, ETC., By and Through <br> TROY and GLORIA BRADFORD, <br> Class Representatives on Behalf of <br> All Those Similarly Situated <br><br> Plaintiffs <br><br> VS. <br><br> UNION PACIFIC RAILROAD <br> COMPANY <br><br> Defendants | §§§§§§§§§§§§§§§§§§ | Cause No. 4:05-cv-4075 |

## SCHEDULING ORDER

| ACTIVITY | February 20, 2007 TRIAL |
|---|---|
| Initial Disclosures | May 8, 2006 |
| Plaintiffs' Amended Pleadings As To Class Certification | May 15, 2006 |
| Completion of Class Discovery | June 20, 2006 |
| Motion for Class Certification | June 27, 2006 |
| Response to Motion for Class Certification | July 25, 2006 |
| Plaintiffs to Amend Pleadings and Join Additional Parties | July 30, 2006 |
| Defendant to Amend Pleadings/Answer and Join Additional Parties | August 30, 2006 |
| Party Seeking Affirmative Relief Expert Disclosures | September 15, 2006 |
| Rebuttal Expert Disclosures | October 16, 2006 |
| All Supplemental Expert Reports | November 22, 2006 |
| Completion of Factual Discovery | November 22, 2006 |
| Completion of Expert Discovery | December 15, 2006 |
| Dispositive Motions and *Daubert* Motions | December 18, 2006 |
| Responses to Dispositive and *Daubert* Motions | January 9, 2007 |
| Plaintiff to Identify Trial Witnesses | January 19, 2007 |
| Mediation Deadline | January 19, 2007 |
| Defendants to Identify Trial Witnesses | January 26, 2007 |
| Exchange of Exhibit Lists and Deposition Designations | January 26, 2007 |
| Any other motions that may require a hearing, including Motions in Limine. | January 26, 2007 |
| Responses to other motions | February 9, 2007 |

| ACTIVITY | **February 20, 2007 TRIAL** |
|---|---|
| Supplemental Exhibit Lists and, Objections to Exhibits and to Deposition Designations, Counter-Deposition Designations | February 9, 2007 |
| Joint Final Pretrial Order and Joint Proposed Jury Instructions and Form of the Verdict (or Proposed Findings of Fact and Conclusions of Law in non-jury cases) | February 9, 2007 |
| Final Pre-Trial Conference | February ___, 2007 |
| Jury Selection | February ___, 2007 |
| Trial | February 20, 2007 |