## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

|  |  |  |
|---|---|---|
| GLORIA BRADFORD, Individually and as Class Representatives on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative On Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative On Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons, | § § § § § § § § § § § § § § § |  |
| Plaintiffs | § § |  |
| vs. | § § § | CAUSE NO. 4:05-cv-4075 |
| UNION PACIFIC RAILROAD COMPANY, | § § § |  |
| Defendant | § § § |  |

| | |
|---|---|
| STATE OF ARKANSAS | § |
| _Saline_ , COUNTY | § |

## AFFIDAVIT OF HERB STUART

On this day, Herb Stuart appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

1.  My name is Herb Stuart. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2.    I am the Director of Claims Operations for Union Pacific Railroad in North Little Rock, Arkansas. Following the October 15, 2005, train derailment made the basis of this suit, Union Pacific Railroad opened a claims center in Texarkana, Arkansas, for potential claimants to present claims to the railroad for payment.  Upon learning of the filing of the instant class action, the claims center was closed.

3.    On January 4, 2006, I attended the hearing in Texarkana, Arkansas, regarding the Plaintiffs' Motion to Remand.  At the conclusion of the hearing, Union Pacific's counsel raised the issue with the Court that Union Pacific was receiving calls from individuals and businesses who wanted to resolve their claims outside of the class. The Court indicated that as long as Union Pacific was not soliciting claims from putative class members, if a putative class member contacted Union Pacific, it could attempt to resolve those claims.

4.    Following the hearing, a form letter was created for the purpose of sending to claimants who had contacted Union Pacific about asserting claims.  That form letter is attached at Exhibit 1.  For every person and business who has contacted Union Pacific regarding a potential claim, and wherein it is learned they are not represented by counsel, the letter is sent to that person or business.  Once the letter is filled out and executed by the person or business, Union Pacific makes a determination as to whether the person can be dealt with as a claimant.  To date, approximately __8__ executed letters have been returned and claims files have been open to attempt settlement or settle claims solely as a result of the letters.

5.    Since the closing of the claims center in Texarkana, Arkansas, Union Pacific has solicited no claims from persons who are not represented by counsel. Any person making contact with Union Pacific was first asked to review and sign the attached letter; if they did that, they were put in contact with a Union Pacific claims representative.  To my knowledge, counsel for Union Pacific have not negotiated claims with unrepresented claimants who have reviewed and executed the attached letter.

HERB STUART

SWORN TO and SUBSCRIBED before me by HERB STUART on May, 30 , 2006.

Notary Public in and for
The State of Arkansas

OFFICIAL SEAL
JOAN M. SCOTT
NOTARY PUBLIC-ARKANSAS
SALINE COUNTY
MY COMMISSION EXPIRES: 03-25-14