Date

Name of claimant
Address of claimant

        Re:    *Contact with Union Pacific regarding claim associated with October 15, 2005, train derailment*

Dear_____:

      This letter will confirm that you have initiated contact with our office regarding a possible claim associated with the October 15, 2005, train derailment in Texarkana, Arkansas. Please understand that there is currently pending against Union Pacific a class action lawsuit filed in Texarkana, Arkansas, federal court that involves the October 15, 2005, train derailment. Should you wish to learn the details of that suit, you may obtain that information from the office of the United States District Court Clerk for the Western District of Arkansas, located at 500 N. State Line, Texarkana, Arkansas (the post-office building on the 3rd floor). The case name is ***Bradford, et al v. Union Pacific Railroad Company, No. 05-4075 - In the United States District Court, Western District of Arkansas, Texarkana Division.*** While we wish to review your potential claim, we must obtain the following information from you before we can proceed.

      Please confirm that you initiated contact with Union Pacific personnel regarding a potential claim: I, _____, contacted Union Pacific regarding a potential claim involving the October 15, 2005, train derailment in Texarkana, Arkansas.

      Have you contacted or have you been contacted by a lawyer regarding your claim? ____ Yes ____ No.

      If you have contacted or been contacted by a lawyer, are you represented by that lawyer regarding your claim? _____ Yes _____ No.

      If you are represented by an attorney, please provide the name of the attorney so Union Pacific may contact that attorney directly. Name of attorney:_____
_____.

      If you are not represented by an attorney, do you understand that you have the right to obtain your own attorney to make your claim or demand against Union Pacific? _____ Yes ____ No.

      If you wish to make a claim against Union Pacific without an attorney, do you understand that Union Pacific is not your attorney? ____ Yes _____ No.

      Do you understand that there is a class action lawsuit filed, as stated above, and that you may be a member of that potential class of claimants against Union Pacific? ____ Yes _____ No.

   Do you understand if you wish to be a part of the class action lawsuit or any other lawsuit against Union Pacific, Union Pacific cannot accept a claim from you at this time? \_\_\_\_\_ Yes \_\_\_\_\_ No.

   Do you wish to present a claim against Union Pacific at this time? \_\_\_\_\_ Yes \_\_\_\_\_ No.

   Following receipt of the above-information, I will contact you to determine how and if we can proceed with your requested claim.  Should you have any questions, please feel free to contact me.