IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TROY AND GLORIA BRADFORD, Individually ]
and as Class Representatives on Behalf ]
of All Similarly Situated Persons; and ]
BOOKS ETC., by and through TROY AND ]
GLORIA BRADFORD, Class Representatives ]
on Behalf of All Those ]
Similarly Situated, ]
                             ]
                 Plaintiffs, ]    No. 05-4075HFB
                             ]
vs. ]    Texarkana, AR.
                             ]
UNION PACIFIC RAILROAD COMPANY, A ]
Delaware Corporation, and J. L. GORDON, ]
an Arkansas Resident, ]    January 4, 2006
                             ]
                  Defendants. ]

HEARING ON MOTIONS
BEFORE THE HONORABLE HARRY F. BARNES,
UNITED STATES DISTRICT JUDGE.

APPEARANCES:

For Plaintiffs:          DUNN, NUTTER & MORGAN
                          BY:  R. Gary Nutter, Esquire
                          Winfred Dunn, Esquire
                          Suite 6, State Line Plaza
                          Box 8030
                          Texarkana, AR  71854

                          BELLOVIN KARNAS, P.C.
                          BY:  Matthew David Karnas, Esquire
                          100 N. Stone Ave., Suite 1105
                          Tucson, AZ  85701

For Defendants:         PATTON ROBERTS McWILLIAMS & CAPSHAW
                          By:  George L. McWilliams, Esquire
                          and Sean F. Rommel, Esquire
                          Century Plaza, Suite 400
                          2900 St. Michael Drive
                          Texarkana, TX  75503

Court Reporter:              Donna S. McKinney, CCR-CVR
                            U.S. District Court
                            P. O. Box 1735
                            El Dorado, AR  71731-1735
                            (870) 862-1303, Ext. 17


PROCEEDINGS RECORDED BY STENOMASK; TRANSCRIBED FROM DICTATION.

# I N D E X

Court's Review and Welcome to Attorneys                    1

Argument:

    Mr. Karnas, for Plaintiffs                        4
    Mr. Rommel, for Defendants                       14
    Response, Mr. Karnas                             26
    Reply to Response, Mr. Rommel                    29
    Response, Mr. Karnas                             30

Administrative Matters:

    Mr. Rommel                                       32
    Mr. Karnas                                       33

Reporter's Certificate                                    36

**Troy Bradford vs. Union Pacific Railroad, et al**                 32
**No. 05-CV-4075**

1    we finish up today.

2            THE COURT: Yeah.

3            MR. ROMMEL:   Nothing to do with the arguments, just

4    administrative matters I think that bear mentioning.

5        First, I wanted to notify the court that we will be

6    filing a motion to stay the actual order to remand should the

7    court rule on that issue because of the novelty of the issue

8    that we would ask the court if it is inclined to remand the

9    case to not actually enter the order of the remand but to

10   enter the decision, then to stay the remand so we could

11   potentially take this to the Eighth Circuit.

12           THE COURT: I agree.  These are first impression,

13   should go up to the Eighth Circuit.  Yeah, I agree with you.

14           MR. ROMMEL:  The second, Your Honor, is I wanted --

15           THE COURT: Now, do y'all want the same thing if I

16   keep it here?

17           MR. DUNN:  Sure, Your Honor.

18           THE COURT: Okay, good.

19           MR. ROMMEL:  The second issue, Your Honor, is, and I

20   need to advise the court and I think the plaintiffs' counsel

21   for the class representatives are aware of this, but we have

22   been receiving, Union Pacific has been receiving numerous

23   phone calls from individuals who may be potentially class

24   members who want to resolve their claim outside of the class.

25   These individuals are contacting us.  We are not actively

**Troy Bradford vs. Union Pacific Railroad, et al**                    33
**No. 05-CV-4075**

1   contacting individuals to settle claims.  But, our

2   interpretation of the case law, as long as we are not actively

3   going out there to try to reduce numbers, we can settle those

4   claims with these individuals.  I don't know if we need court

5   guidance on that or not, but we are getting lots of calls from

6   folks who want to do that.

7        We also are receiving and have been contacted by counsel

8   in the area who represent individual claimants who want to

9   settle cases, and again, we are just going to provide notice

10   to the court that unless the court says otherwise, that those

11   folks can contact us directly.

12        THE COURT: I'll make no pronouncement on that.  You

13   might want to talk with each other about that.  Other than

14   that, that's it.

15        MR. KARNAS: Your Honor, David Karnas again for the

16   plaintiff.  There is a prohibition on communication –

17        THE COURT: Yes, it is.  And they aren't required, or

18   allowed to and I'd be upset if I found out that they did.

19        MR. ROMMEL:  I want to ask, a prohibition on what?

20   We're not going out there actively seeking settlements.

21        THE COURT: Nor have your agents go out there.

22        MR. ROMMEL:  Okay.  Thank you.

23        THE COURT: I used to know an agent for y'all,

24   Charlie Mitchell, no he worked for the Cotton Belt, remember

25   Charlie?

**Troy Bradford vs. Union Pacific Railroad, et al**                    34
**No. 05-CV-4075**

1              **MR. ROMMEL:**   Their counsel are calling us, as

2    counsel.   Communicating with counsel.

3              **THE COURT:** If you all don't solicit it, I don't

4    think you have any problems.

5              **MR. ROMMEL:**   We also have purported class members or

6    potential class members who are contacting our North Little

7    Rock office wanting to deal with them.

8              **THE COURT:** Just so you don't communicate it, or

9    Union Pacific doesn't.

10        Now you are not out there settling claims?

11             **MR. ROMMEL:**   Yes, Judge.   I mean, here is what's

12   happening.   We're getting --

13             **THE COURT:** But you're not out there with a tent

14   saying come in here and I'll settle your claim.

15             **MR. ROMMEL:**   No, sir.   We've closed down the claims

16   office that we had when the class action was filed.

17             **THE COURT:** Fine.

18             **MR. ROMMEL:**   What is happening now is we're getting

19   folks who either are telling us they don't want to be involved

20   in the class action, they want to settle their claims.

21             **THE COURT:** I have no problem with that.

22             **MR. ROMMEL:**   We are not soliciting claims.

23             **THE COURT:** Good.   I think we're on the same sheet of

24   music.

25        Thank you very much.   Y'all have a good day.   Court is

**Troy Bradford vs. Union Pacific Railroad, et al**                35
**No. 05-CV-4075**

1  adjourned.

2                    [COURT ADJOURNED AT 10:48 A.M.]

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Troy Bradford vs. Union Pacific Railroad, et al**                          **36**
**No. 05-CV-4075**

1

2

3              C E R T I F I C A T E

4

5     I, Donna S. McKinney, CCR-CVR, certify the foregoing is a

correct transcript from the record of the proceedings in the

above-entitled matter.

     DATED this 11th day of May, 2006.

6

7

8                              _____
                               Donna S. McKinney, CCR-CVR
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25