IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative On Behalf of All Similarly Situated A.  Persons; SAMUEL ALEXANDER, Individually and as Class Representative On Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons, <br><br>Plaintiffs, <br><br>vs. <br><br>UNION PACIFIC RAILROAD COMPANY, <br><br>Defendant. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CAUSE NO. 4:05-cv-4075 HFB |

**UNION PACIFIC RAILROAD COMPANY'S
FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

COMES NOW Defendant Union Pacific Railroad Company ("Union Pacific"), propounds the following interrogatories to be answered by the above-referenced plaintiffs-putative class representatives, in writing and under oath within **[ten (10) days]** pursuant to Rule 33 of the Federal Rules of Civil Procedure.

**DEFINITIONS AND INSTRUCTIONS**

2365354.2                                                                 1

A. "Plaintiff," "you" and "your" mean each and every plaintiff-putative class representative and their agents, employees, representatives, and other persons acting or purporting to act for them or on their behalf (including but not limited to plaintiffs' attorneys, investigators, consultants and/or informants).

B. "Union Pacific" means defendant, Union Pacific Railroad Company, its directors, officers, employees, representatives, agents, and all persons acting for and on its behalf.

C. "Potential class member" means any individual or entity who has signed-up, retained an attorney, or taken some other affirmative action to become a member of the above captioned class action.

D. "Incident" means the train derailment on October 15, 2005, in Texarkana, Arkansas, which forms the basis of your Fourth Amended Class Action Complaint.

E. "Location" means the exact street address, postal address or legal description of the property or area.

F. "Complaint" means your Fourth Amended Class Action Complaint.

G. "And/or" shall not be interpreted to limit or to create an election whereby one may choose one or more alternatives, but shall be interpreted to add, continue or further the subjects expressed, and to encompass all matters therein.

H. "Document(s)" include all written, printed, typed, recorded or graphic matter, however produced or reproduced, in your actual or constructive possession, custody, or control, including without limitation all writings, drawings, graphs, charts, photographs, phonograph records and sound reproduction tapes and data compilations from information that can be obtained or can be translated through detection devices into reasonably useable form.

I. When used with respect to a document, "identify" or "describe" means to state the type of document e.g., letter, memoranda, telegram, chart, photograph, etc., the author and addressee, including their business affiliations and titles, the date and form of the document, the present location and custodian of the document, and description of its contents. In lieu of identifying a document required by an Interrogatory, it shall be deemed an acceptable response to this set of Interrogatories to attach a legible copy of the document to the responses, and to make reference to the specific document so attached in the appropriate response. By responding in this fashion, you agree to waive all objections to the authenticity of the copy of the document so produced.

J. When used with respect to immovable or movable property, "legal relationship to" means to describe whether the person is/was the owner, naked owner, usufructuary, servitude holder, lessor, resident, occupant, mortgagor, mortgagee and/or lessee of the subject property.

K. When used with respect to an oral communication, "identify" or "describe" means to state exactly what was said, where, when, by whom, to whom, and the names of each person present.

L. When used with respect to an individual, "name," "identify," or "describe" means to state the full name and present or last known address of each person, the present or last known position and business affiliations of each person, and his or her positions and business affiliations during all times relevant to the period of these Interrogatories.

M. If you lack information with respect to any Interrogatory or sub-part thereof, please state that fact and give your best estimate as to the matter inquired about.

N. If you object to any Interrogatory propounded below on the grounds that it requests information that falls within the attorney-client privilege or is protected by the work

product doctrine, or for any other reason, please provide the following information as to each such objection:

      a.      The nature of the privilege or doctrine you claim is applicable and the reason you invoke it;

      b.      If a document is involved, identify the document (as defined above) and identify each and every person known to you to have seen the document; and

      c.      If an oral communication is involved, identify each and every person known to you when the substance of the communication was disclosed.

O.      Documents that "relate(d) to" a subject matter are documents that constitute, contain, support, modify, contradict, criticize, discuss, mention, describe, record, report, reflect, pertain to, were prepared in connection with, or arise in any way from that subject matter.

P.      In responding to these Interrogatories, you must make a diligent search of your records and of any and all other papers and materials in your possession or available to you or your representatives. This set of Interrogatories is continuing and your response must be supplemented to the extent required by law and the applicable rules.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

For each individual plaintiff, please state the full name, employer, business and home addresses and telephone numbers, date of birth, and social security number; for each entity that is a plaintiff of the above captioned lawsuit, please state the full name, business address, telephone number, place of registration, and the full name of a duly authorized agent of such entity.

**INTERROGATORY NO. 2:**

Please identify and describe in detail any and all classes and/or sub-classes, which you seek to have established at the time of the proposed class certification hearing, including the nature of the claims, number of potential class members you have identified and estimated (for estimation, please state your basis for such estimation), and the geographic areas affected by the Incident and the temporal duration of each affected area.

**INTERROGATORY NO. 3:**

Describe in detail each and every economic and/or non-economic injuries or damages allegedly suffered as a result of the Incident, including

- (i) the nature and amount of the injuries or damages (including the date(s) and location(s) when you sustained the injuries or damages) claimed by each plaintiff;

- (ii) the amount of cleaning and/or remediation expenses incurred as a result of the Incident;

- (iii) the identity of any persons who have knowledge of your alleged injuries or damages;

- (iv) the identity and custodian of each document that supports or relates to the injuries or damages;

- (v) the date and amount of any and all reimbursements, advances, and/or payment for any such damages, including a description of the damages, by whom you were paid, and a description of any documents completed or signed by you, if any, in exchange for the payments;

- (vi) the basis for any claim of punitive damages, the identities of any and all persons having knowledge of any facts or information in support of your punitive damages claim(s), and all related documents; and

      (vii)    the method of your calculation.

**<u>INTERROGATORY NO. 4</u>:**

Please state the names and addresses of all owners of any and all homes, businesses or other structures for which cleaning services were provided as a result of this Incident; the name and address of the cleaning services employed for each home, business, or structure; and the name and address of the person who hired the cleaning services.

**<u>INTERROGATORY NO. 5</u>:**

Please identify each and every communication you have had with any current or former employee, officer, director, shareholder, representative or agent of Union Pacific (either prior to and/or subsequent to the filing of this lawsuit), concerning anything relevant to the claims in your Complaint, including the dates, method, substance of, and the reason for such communication on each occasion.  Please also identity all persons involved in each communication, and any and all documents received or created as a result of the communication.

**<u>INTERROGATORY NO. 6</u>:**

Please state whether you filed a claim with Union Pacific's claims center at the site of the Incident, and identify the person to whom you filed your claim, the date and time of such filing, and any relevant documents.

**<u>INTERROGATORY NO. 7</u>:**

If you have any knowledge, either directly or indirectly, of any admission of any kind made by any defendant, their agents, representatives or employees which might be relevant in any way to this suit, please state the nature of each such admission; state the time and place whether each such admission was made; identify each person who heard or who may have been

in a position to hear such admission, and state the name of the defendant against whom the admission may be offered.

**INTERROGATORY NO. 8:**

Please identify any and all persons you believe are or may be a member of the proposed class(es) with whom you or your attorneys have communicated (either prior to and/or subsequent to the filing of this lawsuit) concerning anything relevant to the claims in your Complaint. With regard to each person so identified, please state the dates, method, substance of and reason for such communication on each occasion, and identify any and all documents received or created as a result of the communication.

**INTERROGATORY NO. 9:**

Please identify any and all attorneys you have communicated with (either prior to and/or subsequent to the filing of this lawsuit) concerning your claims as a result of the Incident. With regard to each person so identified, please state the dates, method, substance of and reasons for such communications on each occasion and identify any and all documents received or created as a result of the communication.

**INTERROGATORY NO. 10:**

Please identify each and every expert whom you have retained, consulted with, or met with, and provide that expert's business address, field of expertise, and identification of all materials provided to the expert, and an identification of any documents, reports, or other data received from the expert. Additionally, please identify the facts, documents, tests, reports (and drafts of all reports) or other information upon which the expert bases his or her opinion. Please also state the opinion of the expert as to the cause, nature, extent and amount of the Incident or chemical release, if any.

**INTERROGATORY NO. 11:**

Please state the names and addresses of all witnesses or persons who have knowledge or information concerning the facts surrounding the Incident, and a brief description of the relevant facts or information you believe this person(s) possesses.

**INTERROGATORY NO. 12:**

Please state the full name, address, and occupation of each person (whether fact witness or expert witness) whom you may or will call to testify at the proposed hearing regarding class certification, and outline the areas of their expected testimony with a detailed list of all facts to which the witness will testify.

**INTERROGATORY NO. 13:**

Please state whether you have been a party (plaintiff or defendant) in any other lawsuit. If so, please identify and describe the nature of the claims in the lawsuit, the court in which the lawsuit was pending, the disposition of the suit (trial or settlement), the amount received (if any), and the date received.

**INTERROGATORY NO. 14:**

For each and every putative representative of the proposed Evacuation class, please identify:

(i) name;

(ii) the person(s) who evacuated you, and whether your evacuation was involuntary or voluntary;

(iii) the location of other potential class members evacuated to;

(iv) the duration of the other potential class members' evacuation;

(v) the person(s) who secured advances from Union Pacific;

    (vi)    the expenses incurred by the other potential class members as a result of evacuation;

    (vii)    the geographic area(s) evacuated.

### INTERROGATORY NO. 15:

For each and every putative representative of the proposed Property Damage class, please identify:

    (i)    name;

    (ii)    any and all documents related to or evidencing your legal relationship to the real properties allegedly damaged as a result of the Incident;

    (iii)    the value of the garage alleged in paragraph 3 of your Complaint;

    (iv)    the contents of the alleged garage, and the value of each such item;

    (v)    the method by which the alleged damages to your main residence are measured;

    (vi)    the number of houses located on the same street as alleged in paragraph 3 of your Complaint, which were affected similarly;

    (vii)    the number of houses located elsewhere which were similarly affected as alleged in your Complaint, and any document(s) evidencing and/or are related to such damages;

    (viii)    any and all communication between you and homeowners in other areas whose homes were damaged similarly as a result of the Incident, regarding the damages alleged in your Complaint; and

    (ix)    if you left the residence as a result of the Incident, please state whether you left voluntarily or involuntarily.

### INTERROGATORY NO. 16:

For each and every putative representative of the proposed Business/Economic Loss class, please identify:

(i)      name;

(ii)      the duration of the closure alleged in paragraph 3 of your Complaint, including the time and date(s) of closing and re-opening;

(iii)      each and every business in the same geographic area, and the number of which closed as a result of the Incident;

(iv)      the duration of closure of each such business so identified;

(v)      any and all damages you are claiming as a result of the Incident, including damages to your business premises and any loss other than the one-day closure;

(vi)      any and all appraisals and/or other measurements of the value of your business, (including the tax returns for your business from 2003 to 2005);

(vii)      the number of business communities similarly affected and each and every type of business in these affected communities; andthe differences in volumes of Saturday sales for your business and the differences in levels of profitability of Saturday sales, and/or any differences in impact beyond one-day closure of each and every type of businesses so identified.

**INTERROGATORY NO. 17:**

For each and every putative representative of the proposed Personal Injury class, please identify:

(i)      name;

(ii)      the date, time, and place of your alleged exposure (including whether you were inside or outside);

(iii) the source of the alleged emission/release which led to your alleged exposure;

(iv) any and all documents evidencing, reflecting, and/or relating to any chemical release into the air as a result of the Incident;

(v) the length of your exposure including beginning and ending dates;

(vi) if you left your home as a result of the Incident, identify the duration of time you were gone;

(vii) the identity of all persons with you or in your vicinity at the time of the alleged exposure, and the symptoms, if any, suffered by such person(s) so identified;

(viii) if you have any knowledge or information regarding any other person(s) similarly affected as you allegedly were, identify such persons;

(ix) description of the alleged exposure, including all odors, sensations and/or feelings experienced, and the total length of time of each was experienced;

(x) description of physical injury, illness and/or disease;

(xi) date the physical injury, illness and/or disease was first discovered and/or diagnosed;

(xii) duration of the physical injury, illness or disease;

(xiii) the name and address of all physicians and/or other health care providers (hereinafter collectively referred to as "health care provider") whom you consulted or who has examined you since January 1, 1996, and for each health care provider state: (a) the year in which you consulted him or her; (b) the condition for which the health care provider was consulted; (c) the treatment rendered; and (d) the last date on which you saw the health care provider;

(xiv) list any and all prescription medication you have taken for the last three years;

(xv) if you received treatment in connection with the injuries allegedly suffered from the alleged release which is the subject of this suit, please state the name and address of each health care provider by whom you were treated, the dates on which that treatment was rendered and, if hospitalized, the name of said hospital(s) and dates of entry to and discharge therefrom;

(xvi) if you are still receiving medical services or treatment of any nature whatsoever, describe the service or treatment, including a list of all prescribed medications, and state the name of the medical provider providing such treatment, the approximate frequency of said treatment, and the date you last received treatment;

(xvii) all medical records and related documents evidencing, reflecting, and/or relating to the injuries you allegedly suffered as a result of the Incident;

(xviii) all medical records and related documents evidencing, reflecting, and/or relating to any prior history of problems with breathing, headaches, and/or respiratory or pulmonary disease.

Respectfully submitted,

_____
George L. McWilliams
Arkansas Bar No. 68078
Sean F. Rommel
Arkansas Bar No. 94158
Leisa B. Pearlman
Arkansas Bar No. 92070
Jack T. Patterson II
Arkansas Bar No. 95012
**PATTON, ROBERTS,
McWILLIAMS & CAPSHAW, L.L.P.**
2900 St. Michael Drive, Suite 400
Post Office Box 6128

2365354.2

12

                    Texarkana, Texas  75505-6128
                    Telephone:  (903) 334-7000
                    Facsimile:    (903) 334-7007

                    **ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that Union Pacific Railroad Company's First Set of Interrogatories to Plaintiffs was served this ____ day of May, 2006 to the following:

M. David Karnas, Esq.
Bellovin & Karnas, P.C.
100 North Stone Avenue, Suite 1105
Tucson, AZ  85701

Roger W. Orlando, Esq.
Orlando & Kopelman, P.C.
Decatur Court, Suite 400
315 West Ponce de Leon Avenue
Decatur, GA  30030

R. Gary Nutter, Esq.
Dunn, Nutter & Morgan, L.L.P.
Suite 6, State Line Plaza, Box 8030
Texarkana, AR  71854-5945

                                                                                                      _____