## **EMPLOYMENT RECORDS RELEASE AUTHORIZATION**

TO:

FROM:       PATTON, ROBERTS, McWILLIAMS & CAPSHAW, L.L.P.,
            2900 St. Michael Drive, Suite 400, Texarkana, Texas 75503

RE:         Employment Records of _____

      I hereby authorize you to permit the law firm of PATTON, ROBERTS, McWILLIAMS & CAPSHAW, LLP to inspect and copy my employment records, including my application for employment, personnel file(s) and/or any other materials you have in your possession, custody or control pertaining to my employment.  The release furthermore allows all copies of any and all records or reports in your possession including but not limited to any notes, correspondence, reports, tapes, wage, benefit, retirement, discipline, medical documents and performance information, e-mails, computer records and/or documents of any kind received by you from any other outside source in connection with the employment of _____.

      The purpose of the above-release for records is solely for the purposes of and will be used in connection with the legal matter of **Bradford v. Union Pacific R.R. Co., cause No. 4:05-cv-4075 HFB, United States District Court, Western District Of Arkansas, Texarkana Division** and is intended only for the use of the named person or organization to which the disclosure is to be made.

      Any person or organization releasing any records pursuant to the above agreement is released from any liability or responsibility for the release of the records.

      The consent is subject to revocation at any time except to the extent that the program which is to make the disclosure has already taken action in reliance on it.  If not previously revoked, this consent will be considered as effective and valid and shall be deemed so until revoked in writing.

      Dated this _____ day of _____, 2006.

(A PHOTOCOPY OF THIS AUTHORIZATION SHALL BE AS VALID AS THE ORIGINAL)

_____
**Signature**

_____
**Address**

_____
**City, State, Zip Code**

_____
**Date of Birth**

_____
**Social Security Number**

2368359.1

STATE OF _____)
                                      ) ss:
COUNTY OF _____)

       On this \_\_\_\_ day of _____, 2006, before me personally appeared _____, to me known to be the person described in, and who executed the foregoing instrument, and acknowledged that he/she executed the same as his/her free act and deed.

       In testimony whereof, I have hereunto set my hand and affixed my official seal at my office in said county and state the day and year last above written.

                                        _____
                                              Notary Public

My Commission Expires:

_____

2368359.1