**AUTHORIZATION FOR USE OR DISCLOSURE OF PROTECTED HEALTH INFORMATION**

**Patient Name:** _____   **SS#:** _____

**I hereby authorize** _____ **(the "Practice"), to release a copy of certain Protected Health Information in my medical record to:**

**Name of Authorized Recipient:**     PATTON, ROBERTS, McWILLIAMS & CAPSHAW, L.L.P.
**Address:** 2900 St. Michael Drive, Suite 400, Texarkana, Texas 75503
**Description of Protected Health Information to be released or disclosed**: <u>Entire Medical Records of [patient]</u>
_____

> **IMPORTANT:** I understand that unless I specifically request that such information not be disclosed, authorized disclosures may contain Protected Health Information containing diagnosis, treatment and other information regarding <u>psychiatric and mental health treatment, substance abuse treatment, genetic information, and HIV and/or AIDS.</u>
>
> Please <u>DO NOT RELEASE</u> any of the following Protected Health Information from my medical record: _____
> _____

> **The Protected Health Information indicated above is to be used and/or disclosed for the following purpose(s):**
>
> ≤ At the Request of the Patient  (To be checked only if the Patient has initiated the authorization and does not, or elects not to, provide a statement of purpose.)
> P Other <u>In connection with the legal matter of  Bradford v. Union Pacific RR. Co., Cause No. 4:05-cv-4075 HFB, United States District Court, Western District of Arkansas, Texarkana Division</u>

- This authorization expires on the following date/event:  <u>final disposition of Bradford v. Union Pacific RR. Co.</u>, or within ____ days of the date signed if I have not provided an expiration date or an expiration event.

- I understand that if the Authorized Recipient name above is not subject to the federal privacy protection regulations, my Protected Health Information may be subject to further disclosure by the Authorized Recipient and the information will no longer be protected under the federal privacy protection regulations issued by the U.S. Department of Health and Human Services.

- I understand I may revoke this authorization at any time by notifying the Practice, in writing, at _____ _____, but that any such revocation will not have any effect on any actions that the Practice took before receiving my written revocation.

- I understand that I may refuse to sign this authorization and that doing so (except in very specific and limited circumstances) my treatment at or by the Practice or payment for that treatment will not be affected.

> The Practice  ≤ IS    ≤ IS NOT (check one) receiving some form of compensation in exchange for using or disclosing the Protected Health Information described above.

**I have read the above and authorize the use or disclosure of the Protected Health Information as stated.**

_____   _____
Signature of Patient or Patient's Representative            Date

If signed by Patient's Representative, indicate relationship to the Patient: _____
Telephone Number Where Patient May Be Contacted: _____

*Please provide Patient with a copy of the signed form.*