# AUTHORIZATION FOR RELEASE OF SOCIAL SECURITY RECORDS

TO:  Social Security Administration
     5735 Summerhill Road
     Texarkana, TX 75503

Re:  _____
SSN: _____
DOB: _____

      This authorizes you to release any and all reports, records, opinions, earning history, medical history, examinations, consultations, treatments and any other materials contained within my social security file from _____ to the present to PATTON, ROBERTS, McWILLIAMS & CAPSHAW, L.L.P., 2900 St. Michael Drive, Suite 400, Texarkana, Texas 75503, and its representatives or designees, to read and copy or obtain copies of any such records.

      The purpose of disclosure is to obtain information for a claim for disability benefits, personal injury, insurance coverage, workers compensation, social security or other benefits.

      I understand that my records including any alcohol or drug abuse information may be protected by Federal Law.  I also understand that I may revoke this consent at anytime except to the extent that action has been taken in reliance on it and that in any event this consent expires automatically in one (1) year.

      It is expressly agreed that a photocopy of this Authorization shall be as valid as an original.

      Dated this ____ day of _____, 2006.

_____
Signature and Print Name

STATE OF _____)
                             ) ss.
COUNTY OF _____)

      Subscribed and sworn to before me, a Notary Public within and for said County and State, this ___ day of _____, 2006.

_____
Notary Public

My Commission Expires:

SL01DOCS\2368298.1