

Figure 2 – Dispersion Pattern for Polynuclear Aromatic Hydrocarbons and Other Creosote Chemicals from INPUFF2