IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons; | PLAINTIFFS |
| VS.                         NO. 4:05-cv-4075 HFB | |
| UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation | DEFENDANT |

### AFFIDAVIT OF GLORIA BRADFORD ON BEHALF OF BOOKS ETC. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

STATE OF ARKANSAS    §

COUNTY OF MILLER    §

BEFORE ME, the undersigned authority, on this day personally appeared **GLORIA BRADFORD**, on behalf of Books Etc., who being by me first duly sworn on oath deposed and said:

Page 1

1.	"I make this Affidavit in support of Plaintiffs' efforts to certify this case as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

2.	My name is Gloria Bradford. The address of my business, Books Etc., is at 801 East Street, Texarkana, Arkansas.

3.	On October 15, 2005, I was suddenly forced to evacuate my home and close my business. My business, Books Etc., is located within one mile of the site of the Union Pacific train crash that happened on October 15, 2005.

4.	That I am a Class Representative Plaintiff of the following group of people: All persons with a possessory interest in a business operation from October 15, 2005, to present who have suffered economic loss and interruption of operations as a result of the Union Pacific train collision of October 15, 2005.

5.	Books Etc. incurred an economic/business loss because it was unable to open its doors for business and/or customers were unable to gain access to the business beginning on the date of the collision, explosions, and fires, October 15, 2005. As a result of the forced closure of Books Etc., I lost my ability to earn an income during the period in which Books Etc. was closed as a result of the collision, explosions, fires, and subsequent remediation efforts.

6.	That I understand that as a Class Representative Plaintiff I have the following duties: to communicate with my attorneys and the class, to represent the interests of the class, appear for depositions, answer discovery, and attend the trial.

7.	That I will assert and defend the interests of the class that I represent.

8.	That I do not have interests inconsistent with or antagonistic to the class.

9. That my claims as Class Representative Plaintiff are typical of those class members I represent, and my focus as a Class Representative Plaintiff will be establishing defendant's wrongful conduct as it applies to the class.

10. That the central issues in this case are common to everyone. These issues, as I understand them, include the following: 1) the cause of the train collision and the subsequent explosions and fires; 2) the defendant's duties and breach thereof; and 3) the defendant's liability for damages to the class.

11. That in the class area, there are hundreds of businesses that were affected by the train collision and subsequent explosions and fires beginning on October 15, 2005. However, these businesses may not want to risk pursuing their claims individually because it may not be economically feasible to advance a relatively small claim for a single business. Therefore, the aggregation of all claims in a class will make it economically feasible for this community to proceed with all claims, and each putative class member will have a chance to demonstrate his or her claim for damages.

11. That I understand and have given my consent to my attorneys in behalf of Books Etc. to engage in litigation and to prepare for trial by jury, on a class wide basis.

I declare the foregoing upon personal knowledge to which I am competent to testify and under penalty of perjury.

Further, Affiant sayeth not."

DATED this 27th day of June, 2006.

*Gloria Bradford*
**GLORIA BRADFORD on behalf of Books, Etc.**

SUBSCRIBED AND SWORN TO before me, a Notary Public, by the said Gloria Bradford on behalf of Books Etc. on this 27th day of June, 2006.

*Sandra C. Hartline*
**Notary Public**

My Commission Expires:

Aug. 27, 2010