IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons; | PLAINTIFFS |
| VS.        NO. 4:05-cv-4075 HFB | |
| UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation | DEFENDANT |

## AFFIDAVIT OF SAMUEL ALEXANDER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

STATE OF ARKANSAS    §

COUNTY OF MILLER     §

BEFORE ME, the undersigned authority, on this day personally appeared **SAMUEL ALEXANDER**, who being by me first duly sworn on oath deposed and said:

Page 1

1. "I make this Affidavit in support of Plaintiffs' efforts to certify this case as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

2. My name is Samuel Alexander. The address of my residence is at 3908 Genoa Road, Texarkana, Arkansas. However, I own a house and lot at 121 Jackson Street, Texarkana, Arkansas.

3. On October 15, 2005, the Union Pacific train collision caused explosions and fires very close to my property at 121 Jackson Street. My property at 121 Jackson Street is located within one-half mile of the Union Pacific train crash site. The collision, explosions, and fires caused the garage/storage building on my property to be burned down. All my personal property in the garage at 121 Jackson Street was destroyed. The 121 Jackson Street property also had foundation, floor, and ceiling damage, and some of the vegetation was destroyed.

4. That I am a Class Representative Plaintiff of the following group of people: All persons with a possessory interest in property from October 15, 2005, to present whose property sustained damage that requires and/or has required repair, clean up, and/or remediation as a result of the Union Pacific collision, explosions, and fires.

5. That I understand that as a Class Representative Plaintiff I have the following duties: to communicate with counsel and the class, to represent the interests of the class, appear for depositions, answer discovery, and attend the trial.

6. That I will assert and defend the interests of the class that I represent.

7. That I do not have interests inconsistent with or antagonistic to the class.

8. That my claims as Class Representative Plaintiff are typical of those class members I represent, and my focus as a Class Representative Plaintiff will be establishing defendant's wrongful conduct as it applies to the class.

9. That the central issues in this case are common to everyone. These issues, as I understand them, include the following: 1) the cause of the train collision and the explosions and fires; 2) the defendant's duties and breaches thereof that caused the collision and subsequent fires; and 3) the defendant's liability to the class for damages.

10. That in my class area, there are thousands of people who were affected by the train collision and subsequent explosions and fires. However, these people may not want to risk pursuing their claims individually because it may not be economically feasible to advance a relatively small claim for a single person. Therefore, the aggregation of all claims in a class will make it economically feasible for this community to proceed with all claims, and each putative class member will have a chance to demonstrate his or her claim for damages.

11. That I understand and have given my consent to my attorneys to engage in litigation and/or prepare for trial by jury, on a class wide basis.

I declare the foregoing upon personal knowledge to which I am competent to testify and under penalty of perjury.

Further, Affiant sayeth not."

DATED this 27th day of June, 2006.

*Samuel Alexander*
**SAMUEL ALEXANDER**

SUBSCRIBED AND SWORN TO before me, a Notary Public, by the said Samuel Alexander on this 27th day of June, 2006.

*Sandra C. Hartline*
**Notary Public**

My Commission Expires:

Aug. 27, 2010

[Notary Seal: Sandra C. Hartline, Notary Public, Miller County, Arkansas, Exp. 8-27-10]