IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons; | PLAINTIFFS |
| VS.   NO. 4:05-cv-4075  HFB | |
| UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation | DEFENDANT |

**AFFIDAVIT OF NED BURNETT, JR. IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

STATE OF ARKANSAS      §

COUNTY OF MILLER       §

BEFORE ME, the undersigned authority, on this day personally appeared **NED BURNETT, JR.**, who being by me first duly sworn on oath deposed and said:

1. "I make this Affidavit in support of Plaintiffs' efforts to certify this case as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

2. My name is Ned Burnett, Jr. The address of my residence is at 1507 Maud Street, Texarkana, Arkansas.

3. On October 15, 2005, I was asleep at home with my daughter and grandson when our lives were substantially disrupted, and we were suddenly forced to evacuate as a result of the Union Pacific train crash. My home is located within one mile of the site of the Union Pacific train crash. We were forced to leave our home at around 6:00 a.m. on October 15, 2005, under extreme emotional distress.

4. That I am a Class Representative Plaintiff of the following group of people: All persons with a possessory interest in property from October 15, 2005, to present who have lost the use and enjoyment of their property as a result of the train collision, subsequent explosions, fires and/or who were evacuated/forced to leave their property.

5. That I understand that as a Class Representative Plaintiff I have the following duties: to communicate with counsel and the class, to represent the interests of the class, appear for depositions, answer discovery, and attend the trial.

6. That I will assert and defend the interests of the class that I represent.

7. That I do not have interests inconsistent with or antagonistic to the class.

8. That my claims as Class Representative Plaintiff are typical of those class members I represent, and my focus as a Class Representative Plaintiff will be establishing defendant's wrongful conduct as it applies to the class.

9. That the central issues in this case are common to everyone. These issues, as I understand them, include the following: 1) the cause of the train collision and the subsequent explosions and fires; 2) the defendant's duties and breaches thereof; and 3) the defendant's liability for damages to the class.

10. That in my class area alone, there are literally thousands of people who were affected by the train collision and subsequent explosions and fires beginning on October 15, 2005. However, these people may not want to risk pursuing their claims individually because it may not be economically feasible to advance a relatively small claim for a single person. Therefore, the aggregation of all claims in a class will make it economically feasible for this community to proceed with their claims and obtain justice, and each putative class member will have a chance to demonstrate his or her claim for damages.

11. That I have given my consent to my attorneys to engage in litigation and prepare for trial by jury, on a class wide basis.

I declare the foregoing upon personal knowledge to which I am competent to testify and under penalty of perjury.

Further, Affiant sayeth not."

DATED this 27th day of June, 2006.

*Ned Burnett JR*
**NED BURNETT, JR.**

SUBSCRIBED AND SWORN TO before me, a Notary Public, by the said Ned Burnett, Jr. on this 27th day of June, 2006.

*Sandra C. Hartline*
**Notary Public**

My Commission Expires:

Aug. 27, 2010