## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

| | |
|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons; | PLAINTIFFS |
| VS.   NO. 4:05-cv-4075 HFB | |
| UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation | DEFENDANT |

### AFFIDAVIT OF GLORIA BRADFORD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

STATE OF ARKANSAS   §

COUNTY OF MILLER   §

BEFORE ME, the undersigned authority, on this day personally appeared **GLORIA BRADFORD**, who being by me first duly sworn on oath deposed and said:

1. "I make this Affidavit in support of Plaintiffs' efforts to certify this case as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

2. My name is Gloria Bradford. The address of my residence is at 307 Fairview, Texarkana, Arkansas.

3. On October 15, 2005, I was at my home when I was suddenly forced to evacuate my home. My home is located within one mile of the site of the Union Pacific train crash that happened on October 15, 2005.

4. That I am a Class Representative Plaintiff of the following group of people: All persons with a possessory interest in property from October 15, 2005, to present who have lost the use and enjoyment of their property as a result of the train collision, subsequent explosions, fires and/or who were evacuated/forced to leave their property as a result of the collision, explosions, and fires.

5. That I understand that as a Class Representative Plaintiff I have the following duties: to communicate with counsel and the class, to represent the interests of the class, appear for depositions, answer discovery, and attend the trial.

6. That I will assert and defend the interests of the class that I represent.

7. That I do not have interests inconsistent with or antagonistic to the class.

8. That my claims as Class Representative Plaintiff are typical of those class members I represent, and my focus as a Class Representative Plaintiff will be establishing defendant's wrongful conduct as it applies to the class.

9. That the central issues in this case are common to everyone. These issues, as I understand them, include, but are not limited to, the following: 1) the cause

of the train collision and the subsequent explosions and fires; 2) the defendant's duties and breaches thereof that caused the collision and subsequent fires; and 3) the legal liability of defendant for damages.

10. That in my area alone, there are literally thousands of people who were forced to evacuate and who were affected by the train collision and subsequent explosions and fires beginning on October 15, 2005. However, these people may not want to risk pursuing their claims individually because it may not be economically feasible to advance a relatively small claim for a single person. Therefore, the aggregation of all claims in a class will make it economically feasible for this community to pursue justice, and each putative class member will have a chance to demonstrate his or her claim for damages.

11. That I understand and have given my consent to my attorneys to pursue litigation and prepare for trial by jury, on a class wide basis.

I declare the foregoing upon personal knowledge to which I am competent to testify and under penalty of perjury.

Further, Affiant sayeth not."

DATED this 27th day of June, 2006.

_Gloria Bradford_
**GLORIA BRADFORD**

SUBSCRIBED AND SWORN TO before me, a Notary Public, by the said Gloria Bradford on this 27th day of June, 2006.

*Sandra C. Hartline*
**Notary Public**

My Commission Expires:

Aug. 27, 2010

[Notary Seal: SANDRA C. HARTLINE, NOTARY PUBLIC, MILLER COUNTY, ARKANSAS, Exp. 8-27-10]