IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| GLORIA BRADFORD, Individually and as Class Representative on Behalf of All Similarly Situated Persons; NED BURNETT, JR., Individually and as Class Representative on Behalf of All Similarly Situated Persons; SAMUEL ALEXANDER, Individually and as Class Representative on Behalf of All Similarly Situated Persons; BOOKS ETC., by and through GLORIA BRADFORD, Class Representatives on Behalf of All Those Similarly Situated; and STELLA PATRICIA SMITH, Individually and as Class Representative on Behalf of All Similarly Situated Persons; | PLAINTIFFS |
| VS.   NO. 4:05-cv-4075  HFB | |
| UNION PACIFIC RAILROAD COMPANY, A Delaware Corporation | DEFENDANT |

**AFFIDAVIT OF STELLA PATRICIA SMITH IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

STATE OF ARKANSAS   §

COUNTY OF MILLER   §

BEFORE ME, the undersigned authority, on this day personally appeared **STELLA PATRICIA SMITH**, who being by me first duly sworn on oath deposed and said:

1. "I make this Affidavit in support of Plaintiffs' efforts to certify this case as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure.

2. My name is Stella Patricia smith. The address of my residence is at 814 Jackson Street, Texarkana, Arkansas. I was at my residence in the early morning hours of October 15, 2005.

3. On October 15, 2005, the Union Pacific train collision caused explosions and fires very close to my home, which is about one-half mile from the collision site. The collision, explosions, and fire caused dangerous substances to be released into the air in the class area. As a result of being exposed to such substances, I suffered personal injuries, including respiratory distress, such as shortness of breath and difficulty breathing. I also had other symptoms including headaches.

4. That I am a Class Representative Plaintiff of the following group of people: All persons who have been exposed to said substances released from the train collision and subsequent explosions and fires, and who suffered personal injuries therefrom.

5. That I understand that as a Class Representative Plaintiff I have the following duties: to communicate with counsel and the class, to represent the interests of the class, appear for depositions, answer discovery, and attend the trial.

6. That I will assert and defend the interests of the class that I represent.

7. That I do not have interests inconsistent with or antagonistic to the class.

8. That my claims as Class Representative Plaintiff are typical of those class members I represent, and my focus as a Class Representative Plaintiff will be establishing defendant's wrongful conduct as it applies to the class.

9. That the central issues in this case are common to everyone. These issues, as I understand them, include the following: 1) the cause of the train collision and the subsequent explosions and fires; 2) the defendant's duties and breaches thereof that caused the collision and subsequent fires; and 3) the legal liability of defendant for damages.

10. That in the class area alone, there are thousands of people who were affected by the train collision and subsequent explosions and fires. However, these people may not want to risk pursuing their claims individually because it may not be economically feasible to advance a relatively small claim for a single person. Therefore, the aggregation of all claims in a class will make it economically feasible for this community to pursue justice, and each putative class member will have a chance to demonstrate his or her claim for damages.

11. That I have given my consent to my attorneys to pursue litigation and prepare for trial by jury, on a class wide basis.

I declare the foregoing upon personal knowledge to which I am competent to testify and under penalty of perjury.

Further, Affiant sayeth not."

DATED this 27th day of June, 2006.

_Stella Patricia Smith_
**STELLA PATRICIA SMITH**

SUBSCRIBED AND SWORN TO before me, a Notary Public, by the said Stella Patricia Smith on this 27th day of June, 2006.

*Sandra C. Hartline*
**Notary Public**

My Commission Expires:

Aug. 27, 2010

[Notary Seal: Sandra C. Hartline, Notary Public, Exp. 8-27-10, Miller County, Arkansas]