# AFFIDAVIT

Comes Affiant and says

1. My name is Barry Grant Reed.

2. I graduated from University of California at Los Angeles in 1974 with a Bachelor of Arts degree and from University of California at Los Angeles School of Law in 1977 with a J.D. degree.

3. I was admitted to practice law in 2002 in the State of Arizona. That license remains current, and there have been no complaints filed against me.

4. I am also licensed to practice before the Bar of the State of Minnesota, United States District Court for the Districts of Arizona, Minnesota, North Dakota, the Northern District of Illinois, the Eastern District of Wisconsin, the Eastern District of Michigan, the Third, Sixth, Seventh, Eighth, Ninth and Eleventh Circuit Court of Appeals, and the United States Supreme Court.

5. I have never been denied admission to the courts of any state or to any federal court.

6. I am in good standing with the Arizona Bar Association and the Arizona Supreme Court, and my state bar number is 020906.

7. Attached to this Affidavit is my Certificate of Good Standing from the Arizona Supreme Court.

Further the Affiant sayeth not.

_____
Barry G. Reed

STATE OF ARIZONA     *

                                *       **VERIFICATION**

COUNTY OF MARICOPA *

I, Barry G. Reed, do hereby certify that the facts and matters contained in the foregoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____
Barry G. Reed

SUBSCRIBED AND SWORN to before me on this 27th day of June, 2006.

_____
**Notary Public**

My Commission Expires:

3/31/2008



CHARLOTTE L. HAUGHT
Notary Public – Arizona
Maricopa County
Expires 03/31/08