# AFFIDAVIT

Comes Affiant and says

1. My name is Bradley H. Astrowsky.

2. I graduated from State University of New York at Binghamton in 1992 with a Bachelor of Arts degree and from University of Arizona School of Law in 1995 with a J.D. degree.

3. I was admitted to practice law in 1995 in the State of Arizona. That license remains current, and there have been no complaints filed against me.

4. I am also licensed to practice before the United States District Court for the Districts of Arizona.

5. I have never been denied admission to the courts of any state or to any federal court.

6. I am in good standing with the Arizona Bar Association and the Arizona Supreme Court, and my state bar number is 016357.

7. Attached to this Affidavit is my Certificate of Good Standing from the Arizona Supreme Court.

Further the Affiant sayeth not.

_____
Bradley H. Astrowsky

STATE OF ARIZONA     *
                                    *      **VERIFICATION**

COUNTY OF MARICOPA *

I, Bradley H. Astrowsky, do hereby certify that the facts and matters contained in the foregoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____
Bradley H. Astrowsky

SUBSCRIBED AND SWORN to before me on this 30th day of June, 2006.

_____
Notary Public

My Commission Expires:

3/31/08



CHARLOTTE L. HAUGHT
Notary Public – Arizona
Maricopa County
Expires 03/31/08